IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR PARK
PLACE SECURITIES, INC. ASSET-BACKED
PASS-THROUGH CERTIFICATES SERIES 2005-
WCH1

        PLAINTIFF        CASE NUMBER: 1:13-cv-991
                                DISTRICT JUDGE: JAMES B. ZAGEL

        VS.

MIGUEL GARCIA, MARTHA GARCIA,

        DEFENDANT(S).

## MOTION TO DISMISS CASE

Plaintiff, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WCH1, by counsel, Phillip A. Pluister, Burke, Costanza, & Carberry LLP, files the following Motion to Dismiss the Case without Prejudice, and states:

1. On February 7, 2012, Plaintiff filed its Complaint for Foreclosure.
2. Parties entered into a loan modification.

WHEREFORE, counsel for Plaintiff, SABR Mortgage WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WCH1, respectfully requests that the Case be dismissed without prejudice, and for all other relief just and proper.

        Respectfully submitted,
        BURKE COSTANZA & CARBERRY LLP

        By: /s/ Phillip A. Pluister
        Phillip A. Pluister, #26544-64
        Burke Costanza & Carberry LLP
        225 W. Washington St., Suite 2200
        Chicago, IL 60606
        (219) 769-1313

{File: 00996499.DOC}