## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Wells Fargo Bank, National Association

                                    Plaintiff,

v.                                                           Case No.: 1:13–cv–00991

                                                                          Honorable James B. Zagel

Miguel Garcia, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2013:

      MINUTE entry before Honorable James B. Zagel: Plaintiff's Motion to Dismiss Case [6] is granted. This matter is dismissed without prejudice. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.